# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                Telephone: (212) 317-1200
New York, New York 10165                                    Facsimile: (212) 317-1620

February 1, 2021

**Via ECF**

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 4 2021

FEB 0 4 2021      SO ORDERED

The initial conference is adjourned from February 9, 2021 to April 20, 2021 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: Juarez Cristino v. Duke Ellington Gourmet Corp., et al
<u>Docket No.: 20-cv-07546-GBD</u>

Dear Judge Daniels:

    Our office represents Plaintiff in the above-referenced matter. We write to respectfully request that the initial conference, currently scheduled for Tuesday, February 9, 2021 at 9:30 a.m., be adjourned sine die. This is the first request of its kind. The reason for this request is that the time for Defendants to answer or otherwise move with respect to the Complaint has expired. Accordingly, Defendants are in default. Towards that end, if the Court grants the within request, then Plaintiff will shortly thereafter request certificates of default and subsequently move for a default judgment.

    Plaintiff thanks the Court for its time and attention to this matter.

                                                                  Respectfully Submitted,

                                                                  /s/ William K. Oates
                                                                   William K. Oates
                                                                   Michael Faillace & Associates, P.C.
                                                                  Attorneys for Plaintiff