**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------
MANUEL JUAREZ CRISTINO, *individually and on behalf of others similarly situated,*

                            Plaintiff,

-against-

DUKE ELLINGTON GOURMET CORP. *d/b/a* DUKE ELLINGTON GOURMET DELI, GHAZI GHANEM, and GAMAL DOE,

                            Defendants.
------------------------------------ x

ORDER

20 Civ. 7546 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on April 20, 2021 at 9:30 a.m. is hereby cancelled.

Dated: April 13, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE