UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

MANUEL JUAREZ CRISTINO, *individually and on
behalf of others similarly situated*,

                  Plaintiff,

-against-

DUKE ELLINGTON GOURMET CORP. *d/b/a*
DUKE ELLINGTON GOURMET DELI, GHAZI
GHANEM, and GAMAL DOE,

                  Defendants.
------------------------------------- x


FEB 07 2022

ORDER

20 Civ. 7546 (GBD) (JLC)

GEORGE B. DANIELS, District Judge:

This action having been commenced by the filing of a Summons and Complaint on September 15, 2020, and a copy of the Summons and Complaint having been served on (1) Defendant Ghazi Ghanem on December 16, 2020 through Mr. Sammy, a co-worker of Defendant Ghazi Ghanem, and proof of service having been filed on January 14, 2021 and on (2) Defendant Duke Ellington Gourmet Corp. *d/b/a* Duke Ellington Gourmet Deli on September 18, 2020 through Colleen Banahan, an authorized agent in the office of the Secretary of State of New York, and proof of service having been filed on September 21, 2020, and Defendants Ghazi Ghanem and Duke Ellington Gourmet Corp. *d/b/a* Duke Ellington Gourmet Deli having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiff Manuel Juarez Cristino have judgment against Defendants Ghazi Ghanem and Duke Ellington Gourmet Corp. *d/b/a* Duke Ellington Gourmet Deli.

This matter is referred to Magistrate Judge James L. Cott for an inquest on damages, prejudgment interest, costs, and attorneys' fees.[1]

The Clerk of Court is ordered to close Plaintiff's motion at ECF No. 33.

Dated: New York, New York
February 7, 2022

SO ORDERED.

GEORGE B. DANIELS
United States District Judge

---

[1] By letter dated January 31, 2022, Plaintiff stated that he "did not know Defendant Gamal's last name." (ECF No. 41 at 2.) Under such circumstances, Magistrate Judge Cott should determine whether default may be entered upon Defendant Gamal "Doe" pursuant to Federal Rule of Civil Procedure §55.