**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
MANUEL JUAREZ CRISTINO, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

     -against-

DUKE ELLINGTON GOURMET CORP. (D/B/A DUKE ELLINGTON GOURMET DELI), GHAZI GHANEM , and GAMAL DOE ,

                *Defendants.*
--------------------------------------------------------X

Docket No.: 20-cv-07546 (GBD) (JLC)

**PROPOSED DEFAULT JUDGMENT**

## **JUDGMENT**

This action was commenced on September 15, 2020. Service of the Summons and Complaint was effectuated on Defendant Duke Ellington Gourmet Corp. (d/b/a Duke Ellington Gourmet Deli) on September 18, 2020 and on Defendants Ghazi Ghanem and Gamal Doe on December 16, 2020.

To date, Defendants Duke Ellington Gourmet Corp. (d/b/a Duke Ellington Gourmet Deli), Ghazi Ghanem, and Gamal Doe have failed to answer or respond to the Complaint, or otherwise appear in this action. The time for Defendants to answer or respond to the Complaint has now expired.

The Clerk of this Court certified the defaults of Duke Ellington Gourmet Corp. (d/b/a Duke Ellington Gourmet Deli), Ghazi Ghanem, and Gamal Doe on February 16, 2021.

NOW, on motion of Plaintiff, by his attorneys, CSM Legal, P.C., it is hereby ORDERED, ADJUDGED, AND DECREED:

That Plaintiff have judgment, joint and severally, against Defendants Duke Ellington Gourmet Corp. (d/b/a Duke Ellington Gourmet Deli), Ghazi Ghanem, and Gamal Doe in the amount of $567,706.03, including (A) compensatory damages for unpaid minimum wage and overtime compensation in the amount of $207,900.25; (B) liquidated damages for unpaid minimum wage and overtime compensation in the amount of $207,900.25;  (C) unpaid spread of hours pay in the amount of $20,800.50; (D) liquidated damages for unpaid spread of hours pay in the amount of $20,800.50; (E) statutory damages for violations of New York Labor Law § 195(1) in the amount of $5,000.00; (F) statutory damages for violations of New York Labor Law § 195(3) in the amount of $5,000.00; (G) damages for unreimbursed tools of the trade in the amount of $950.00; (H) pre-judgment interest on unpaid minimum wages and overtime compensation calculated at the rate of 9% per annum to the date of judgment, totaling $90,641.09 as of March 7, 2022; and (I) pre-judgment interest on unpaid spread of hours pay calculated at the rate of 9% per annum to the date of judgment, totaling $8,713.44 as of March 7, 2022.

That Plaintiff is awarded attorney's fees in the amount of $10,057.50, and costs in the amount of $642.00.

That Plaintiff is awarded post-judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, then the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:     New York, New York
           _____, 2022

                                    _____
                                         HON. GEORGE B. DANIELS
                                         UNITED STATES DISTRICT JUDGE