USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MANUEL JUAREZ CRISTINO,
individually and on behalf of
others similarly situated,
        *Plaintiffs*,

-against-

DUKE ELLINGTON GOURMET CORP.
(D/B/A DUKE ELLINGTON GOURMET
DELI), et al,
        *Defendants*.

Index No. 20-cv-07546 (GBD)
(JLC)

**DISCOVERY PLAN**

<u>DISCOVERY PLAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)</u>

Pursuant to Federal Rule of Civil Procedure 26(f), during a conference on April 26, 2023 between counsel for Plaintiff Manuel Juarez Cristino (hereinafter "Plaintiff"), and counsel for Defendants Duke Ellington Gourmet Corp. (d/b/a Duke Ellington Gourmet Deli), Ghazi Ghanem, and Gamal Alfaqih, (hereinafter "Defendants"), counsel for the parties discussed and agreed to the following discovery plan:

(1)     The parties shall exchange the initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) no later than May 3, 2023.

(2)     Both Plaintiff and Defendants shall serve their first request for production of documents, pursuant to Federal Rule of Civil Procedure 34, no later than June 9, 2023.

(3)     Both Plaintiff and Defendants shall serve their interrogatory requests no later than June 9, 2023.

(4)     Both Plaintiff and Defendants shall serve their notices of deposition, pursuant to Federal Rule of Civil Procedure 30, no later than June 24, 2023.

(5)     Depositions of the parties shall be completed by August 23, 2023.

(6)     All fact discovery shall be completed no later than August 23, 2023.

(7)     The Court will hold a status conference on **September 7, 2023** at **12:00 p.m.** by telephone at the Court's conference line previously provided to counsel.

(8)   This case is to be tried by a jury.

(9)   Counsel for the parties have conferred and their best estimate of the length of trial is four (4) days.

(10)  The parties consent to magistrate jurisdiction. Accordingly, the parties are directed to file a consent form for Judge Daniels' approval.

Dated: New York, New York
       April 25, 2023

Respectfully submitted,

/s/ Catalina Sojo
Catalina Sojo, Esq.
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*

**SO ORDERED.**

Dated: April 26, 2023
       New York, New York

JAMES L. COTT
United States Magistrate Judge