UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MANUEL JUAREZ CRISTINO, *individually and on behalf of others similarly situated,*

*Plaintiff*,

-against-

DUKE ELLINGTON GOURMET CORP. (D/B/A DUKE ELLINGTON GOURMET DELI), ELLINGTON DELI, INC. (D/B/A DUKE ELLINGTON GOURMET DELI). GHAZI GHANEM, GAMAL ALFAQIH, and ABDO ALHAGAGI,

*Defendants*.
-------------------------------------------------------------X

Civil Action No. **20-cv-07546-JLC**

**[Proposed Form Of]
JUDGMENT**

## JUDGMENT

On July x, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MANUEL JUAREZ CRISTINO, have judgment against DUKE ELLINGTON GOURMET, CORP. (D/B/A ELLINGTON GOURMET DELI), GAMAL ALFAQIH, and GHAZI GHANEM, jointly and severally, in the amount of Thirty Thousand Dollars and No Cents ($30,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

_____
JAMES L. COTT
UNITED STATES DISTRICT JUDGE