USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MANUEL JAUREZ CRISTINO, *et al.*,          :
                                           :     **JUDGMENT**
                    Plaintiff,             :
                                           :     20-CV-7546 (JLC)
             - against -                   :
                                           :
DUKE ELLINGTON GOURMET                     :
CORP., *et al.*,                           :
                                           :
                                           :
                    Defendants.            :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On July 12, 2023, Plaintiff filed a notice of acceptance of offer of judgment

pursuant to Rule 68 of the Federal Rules of Civil Procedure (Dkt. No. 111).

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MANUAL JUAREZ CRISTINO, have judgment against

DUKE ELLINGTON GOURMET, CORP. (D/B/A ELLINGTON GOURMET DELI),

GAMAL ALFAQUIH, and GHAZI GHANEM, jointly and severally, in the amount of

Thirty Thousand Dollars and No Cents ($30,000.00), which is inclusive of attorneys'

fees and costs.

Dated: July 13, 2023
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge